THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN L. MADDEN, Appellant, against JOHN F. FOSTER, as Warden of Auburn State Prison, Respondent.

Submitted October 4, 1948; decided October 7, 1948.

Motion for reargument denied. [See 297 N. Y. 925.]